CAPITAL COMPANY, a California Corporation, Respondent, v. WILLIAM FOX and EVA FOX (Mrs. WILLIAM FOX), Appellants.—Action by a judgment creditor to set aside a conveyance of certain real property as in fraud of creditors. Order granting plaintiff an examination before trial and requiring the production of certain books and papers affirmed, with ten dollars costs and disbursements. The provision in the order requiring the production of certain books and papers relates only to such as may be in the custody of or under the control of the defendants. Such books and papers as are in fact in the hands of the bankruptcy trustee of course are not required to be produced by the defendants. The examination should be conducted expeditiously to avoid unnecessary expense. The burden of the provision respecting expenses can be avoided by the defendants' submitting to an examination in the State of New York. Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ., concur.

THEODORE CARSONS, as Trustee in Bankruptcy of GEORGE CONSTANTINIDES, Respondent, v. AUGUSTA CONSTANTINIDES, etc., and Others, Defendants, and GEORGE CONSTANTINIDES, Also Known as GEORGE CONSTANTINE, Appellant.— Order vacating an ex parte order requiring the plaintiff to deposit security for costs affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ., concur.

IDA DA CORTE, Plaintiff, v. L. D. P. REALTY CORPORATION and Others, Defendants. IDA DA CORTE, Respondent; ORESTE LANDERGHINI, Plaintiff, v. L. D. P. REALTY CORPORATION, Appellant, and Others, Defendants.— The appeal, in a foreclosure action, from an order denying reargument of a motion to vacate and set aside sale, is dismissed, with ten dollars costs and disbursements, on the ground that such an order is not appealable. Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ., concur.

HERMAN DICKSTEIN, Respondent, v. SOL SUSSMAN, SIMON SUSSMAN and MORRIS SUSSMAN, Appellants.— In an action on a bond which originally had been secured by a second mortgage, the lien of which was destroyed prior to the commencement of this action by a judgment of foreclosure and sale in an action brought by the first mortgagee, orders granting plaintiff's motion for summary judgment and judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements, on authority of Weisel v. Hagdahl Realty Co., Inc. (241 App. Div. 314). Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

MORRIS DUBIN, Respondent, v. BENJAMIN SHANDER, Appellant.—Action for breach of contract of employment. Order denying defendant's motion to increase the amount of a bond furnished on the issuance of a warrant of attachment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ., concur.